IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 16-cr-30020-MJR-1 |
| ) | |
| MAURICIO ROMERO, ) | |
| ) | |
| Defendant. ) | |

MEMORANDUM AND ORDER
ADOPTING REPORT & RECOMMENDATION AND
ACCEPTING DEFENDANT'S GUILTY PLEA

**REAGAN, Chief Judge:**

On January 27, 2017, the parties appeared before the Honorable Donald G. Wilkerson, United States Magistrate Judge. Pursuant to Federal Rule of Criminal Procedure 11 and Southern District of Illinois Local Rule 72.1(b)(2), with the consent of all parties and following a thorough colloquy, Defendant Romero entered a guilty plea to Counts 1, 2, and 3 of the superseding indictment (Doc. 100)—(1) conspiracy to distribute and possess with the intent to distribute controlled substances, a violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(ii)(II), (b)(1)(A)(viii), (b)(1)(B)(vii), and (b)(1)(C); 21 U.S.C. § 846; and, 18 U.S.C. § 2; (2) possession with the intent to distribute, a violation of 21 U.S.C. § 841(a)(1) and § 841(b)(1)(A)(ii)(II); (3) interstate travel in aid of racketeering, in violation of 18 U.S.C. § 1952(a)(3), (a)(3)(A), and (b).

By Report and Recommendation dated January 27, 2017 (Doc. 199), Judge Wilkerson recommends that the undersigned District Judge accept Defendant's guilty plea, find Defendant guilty, direct the United States Probation Office to prepare a presentence investigation report,

and schedule a sentencing hearing.  The parties were given an opportunity to respond to the Report and Recommendation, and the deadline elapsed on February 13, 2017, with no responses or related filings.

Accordingly, the Court **ADOPTS** in its entirety the Report and Recommendation (Doc. 199), **ACCEPTS** Defendant's guilty plea, and **ADJUDGES** Defendant guilty of the offenses set forth in the indictment to which Defendant pled guilty herein.  The Court **DIRECTS** the United States Probation Office to prepare a presentence investigation report.

The Court is also in receipt of Defendant Romero's Motion to Continue sentencing, which was set for April 21, 2017 at 11a.m., a date which defense counsel apparently has a conflict with (Doc. 208).  The Government does not oppose the request to continue or reset sentencing.  The Court **hereby RESETS** the **SENTENCING** from April 21, 2017 to **Friday, April 14, 2017 at 10 a.m.**.

Finally, the Court **SETS** the following important deadlines.  Any sentencing memorandum must be filed **no later than 14 days before the sentencing hearing**.  Any response to a sentencing memorandum must be filed **no later than 7 days before the sentencing hearing**.  If a party intends to present live testimony at the sentencing hearing, a notice identifying witness(es) and summarizing the nature and anticipated length of the testimony must be filed **no later than 14 days before the sentencing hearing**.

**IT IS SO ORDERED.**

DATED: February 16, 2017

*s/ Michael J. Reagan*
Michael J. Reagan
United States District Judge